FILED BY\_\_\_MB\_\_\_D.C.

Nov 15, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14043-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA

v.

JENNIFER SCEE,

                              **Defendant.**

_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and Jennifer Scee (hereinafter referred to as the "Defendant" or "Scee"), together with his counsel, admit that the United States can prove the allegations contained in Count One of the Indictment, which charges the Defendant with attempted Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a). The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for her guilty plea. These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

On April 21, 2023, at approximately 1:34 p.m., the Port St. Lucie Police Department ("PSLPD") received a 911 call advising that an armed robbery had just taken place at Aster Discount Pharmacy ("Aster"), located at 718 SW Port St. Lucie Blvd. Unit #2, Port St. Lucie, Saint Lucie County, Florida. The plaza where the pharmacy is located sits at the intersection of SW Port St. Lucie Boulevard and SW Aster Road. Port St. Lucie is located within the Southern District of Florida.

1

At approximately 1:40 p.m., PSLPD Officer Alan Ludmerer arrived on the scene and spoke with the victim of the robbery ("S.S.").[1] S.S. was visibly shaken and scared when she spoke with Officer Ludmerer.

In summary, S.S. told Officer Ludmerer that at approximately 1:34 p.m. a white female, who law enforcement later identified as Scee, entered the pharmacy and approached S.S., who was behind the counter, and demanded "Dilaudid."[2] S.S. was the only person inside the pharmacy when Scee entered. S.S. asked Scee for her prescription, at which point Scee displayed a handgun and told S.S. not to touch anything or set off any alarms. Scee again demanded "Dilaudid" from S.S., who told Scee she did not have any Dilaudid. At this point, Scee jumped over the counter and pointed the firearm at S.S.'s chest. S.S. started yelling and banging on the counter, which caused Scee to flee the scene. S.S. described the woman who tried to rob her as a white female between 5 feet 3 and 5 feet 5 inches tall.[3] S.S. told Officer Ludmerer she believed the firearm Scee brandished during the robbery was real. Scee did not take anything from the pharmacy.

Law enforcement was able to obtain video from the plaza where the pharmacy is located, which depicts Scee entering and fleeing the pharmacy on foot. Scee is wearing a long-sleeved white shirt, black leggings, and sandals. She also has a black hat covering her head, and a surgical mask covering her face. Scee was inside the pharmacy for approximately one minute. Scee appears to be holding something close to her stomach as she is running away from the pharmacy.

---

[1] S.S. is also the registered owner of the pharmacy.

[2] Dilaudid is a brand name for hydromorphone, a Schedule II controlled substance.

[3] Scee is in fact 5 feet 4 inches tall.

2

When the surveillance footage is enlarged, a tattoo is depicted on Scee's left foot.[4]  When Scee fled the pharmacy, she headed east on Port St. Lucie Boulevard.

At approximately 2:15 p.m., PSLPD Detective Bob O'Hara arrived on the scene and interviewed J.A.  J.A. described the robber as a heavyset,  "Mexican woman" between 5 feet 5 and 5 feet 6 inches tall, wearing blue jeans, a white shirt, surgical mask, and a hat.

PSLPD Detective Diane Astrella canvassed the neighborhood plazas and found video surveillance at 698 SW Port St. Lucie Blvd., which is a plaza located at the intersection of SW Port St. Lucie Boulevard and SW Sansom Lane.

After reviewing the video surveillance, Detective O'Hara was able to identify a suspicious looking older model Honda Civic Coupe with a sunroof and dark tinted windows pulling into the parking lot at 706 SW Port St. Lucie Blvd. shortly before the robbery (1:25 p.m.), and leaving the parking lot shortly after the robbery (1:36 p.m.).[5]  706 SW Port St. Lucie Blvd. is less than 50 yards from Aster Discount Pharmacy, as the crow flies.

Detective O'Hara was able to narrow the vehicle down to a 2001 – 2005 Honda Civic Coupe with damage to the right rear bumper.  Detective O'Hara accessed the Florida Department of Highway Safety and Motor Vehicles ("DHSMV") website and found a 2004 Honda Civic Coupe that was registered to Jennifer Scee at 337 SW Ridgecrest Drive in Port St. Lucie, Florida.[6]

---

[4] Scee has a distinctive tattoo on her left foot.

[5] 706 SW Port St. Lucie Blvd. is across the street from 698 SW Port St. Lucie Blvd.  The vehicle was also captured on surveillance video driving by the pharmacy the day of the attempted robbery, as if the driver was casing the area.

[6] 337 SW Ridgecrest Drive is approximately six miles from 718 SW Port St. Lucie Blvd., as the crow flies.

On May 2, 2023, at approximately 9:00 a.m., Detective O'Hara and PSLPD Detective Brennan Vega went to 337 SW Ridgecrest Drive to locate and interview Scee. Upon arriving at the residence, Detective O'Hara immediately observed a 2004 grey Honda Civic Coupe that matched the description of the vehicle depicted in the surveillance footage related to the robbery, including the damage to the right rear bumper.

Detective O'Hara and Detective Vega located Scee inside an RV that was parked in the driveway of the residence. Detective O'Hara interviewed Scee inside the RV. In summary, Scee confessed and admitted she attempted to rob Aster Discount Pharmacy on April 21, 2023. Scee claimed the weapon she used during the attempted robbery was a BB gun, and not a firearm.

Law enforcement never recovered the BB gun Scee claimed she used during the attempted robbery.

At the time of the attempted robbery, Aster Discount Pharmacy sold several items that were shipped to Florida from vendors located outside of Florida, and the target of the attempted robbery was a controlled substance that is regulated by federal law. Aster Discount Pharmacy was shut down for several hours while law enforcement investigated the robbery. During that time, the business was unable to service any customers, which obstructed, delayed, and affected interstate commerce.

Scee stipulates that on April 21, 2023, she attempted to rob Aster Discount Pharmacy in Port St. Lucie, Saint Lucie County, Florida, and that during the attempted robbery she attempted to take controlled substances from and in the presence of S.S., by using actual and threatened force, and violence, thereby causing S.S. to fear immediate harm to her person.

Scee also stipulates her attempted robbery of Aster Discount Pharmacy obstructed, delayed, and affected interstate commerce.

The defendant is aware of and understands the nature of the charges to which she is pleading guilty and understands that had she proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt:

**Count 1:**     **Title 18, United States Code, Sections 1951(a):**

    (1)    The Defendant knowingly attempted to acquire someone else's personal property;

    (2)    The Defendant attempted to take the property against the victim's will, by using actual or threatened force, or violence, or causing the victim to fear harm, either immediately or in the future; and

    (3)    The Defendant's actions obstructed, delayed, or affected interstate commerce.

A defendant can be found guilty of an attempt to commit an offense even if the attempt fails, if she took a substantial step toward committing the crime.

The defendant and his attorney agree that the facts recited above meet these elements.

Date: 11/15/23

Date: 11/13/23

Date: 11/13/23

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

_____
JENNIFER SCEE
DEFENDANT

_____
KAFAHNI NKRUMAH
ATTORNEY FOR DEFENDANT

5